■ INCORPORATED VILLAGE OF ATLANTIC BEACH, Respondent, v OCEAN CLUB, INC., Appellant.—Ordered that the judgment of the Supreme Court, Nassau County, dated April 19, 1985, as amended June 12, 1985, is affirmed, with costs, for reasons stated by Justice Velsor at Special Term. Thompson, J. P., Weinstein, Rubin and Spatt, JJ., concur.